Crystal G. Foley (SBN 224627)
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
100 N. Sepulveda Blvd., Suite 1350
El Segundo, California 90245
Telephone: 310-322-3555
Facsimile: 310-322-3655
cfoley@simmonsfirm.com

Attorneys for Plaintiff
Labyrinth Optical Technologies LLC
[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABYRINTH OPTICAL TECHNOLOGIES LLC<br>*Plaintiff*,<br><br>vs.<br><br>FUJITSU AMERICA, INC. AND FUJITSU NETWORK COMMUNICATIONS, INC.,<br><br>*Defendants*. | CASE NUMBER:<br><br>SACV 13-0030 AG (JPRx)<br><br>**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FUJITSU AMERICA, INC.**<br><br>DATE: April 22, 2013 |

Upon Plaintiff Labyrinth Optical Technologies, LLC's filing its Notice of Voluntary Dismissal of defendant Fujitsu America, Inc. ("FAI"):

IT IS ORDERED that: All claims against defendant FAI are dismissed without prejudice.

DATED this 22nd day of April, 2013    _____
                                       Hon. Andrew J. Guilford
                                       United States District Judge

ORDER OF DISMISSAL

2

PROPOSED ORDER OF DISMISSAL