| | |
|---|---|
| Crystal G. Foley (SBN 224627) | Alexander E. Middleton (*pro hac vice*) |
| SIMMONS BROWDER GIANARIS | ROPES & GRAY LLP |
| ANGELIDES & BARNERD LLC 1211 | Avenue of the Americas |
| 100 N. Sepulveda Blvd., Suite 1350 | New York, NY 10036-8704 |
| El Segundo, California 90245 | Telephone:212-596-9680 |
| Telephone: 310-322-3555 | Facsimile: 646-728-2921 |
| Facsimile: 310-322-3655 | Alexander.Middleton@ropesgray.com |
| cfoley@simmonsfirm.com | www.ropesgray.com |
| | |
| Paul A. Lesko (*pro hac vice*) | Craig Nevin Hentschel |
| One Court Street | Dykema Gossett LLP |
| Alton, IL 62002 | 333 South Grand Ave, Suite 2100 |
| Telephone: 618-259-2222 | Los Angeles, CA 90071 |
| Facsimile: 618-259-2251 | Telephone: 213-457-1800 |
| plesko@simmonsfirm.com | Facsimile: 213-457-1850 |
| | chentschel@dykema.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Labyrinth Optical Technologies LLC | Fujitsu Network Communications Inc. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABYRINTH OPTICAL TECHNOLOGIES LLC<br>*Plaintiff,*<br><br>vs.<br><br>FUJITSU NETWORK COMMUNICATIONS, INC.,<br>*Defendant.* | CASE NUMBER:<br><br>8:13-cv-00030-AG-MLG<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT;**<br>Complaint served: 03/15/2013<br><br>DATE: May 17, 2013 |

## STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT

**WHEREAS**, Fujitsu Network Communications, Inc., ("Fujitsu") was served with the Summons and Complaint in this action on March 14, 2013;

**WHEREAS,** the parties have met and conferred on issues raised by Fujitsu concerning the Complaint and are continuing to actively confer on these issues;

**WHEREAS,** in view of these discussions, the parties are anticipating reducing the number of issues to be addressed through motion practice, and Plaintiff is preparing an amended Complaint which eliminates some of these issues,

**WHEREAS,** now Plaintiff is beyond the 21 day period to file an Amendment as a Matter of Course;

**NOW THEREFORE,** in order to comply with Federal Rules of Civil Procedure 15 (a)(2) regarding Amendments Before Trial, the parties hereby stipulate and agree, by and between counsel, that Plaintiff may amend its pleading.

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within ten (10) calendar days of the Court's Order permitting such filing, and that Defendant's response to the Amended Complaint shall be filed within fourteen (14) days after the First Amended Complaint is filed.

Dated: May 17, 2013

SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
/s/ *Paul A. Lesko*
Paul A. Lesko
Attorney for Plaintiff
LABYRINTH OPTICAL
TECHNOLOGIES LLC

Dated: May 17, 2013

ROPES & GRAY LLP
/s/ *Craig N. Hentschel*
Attorney for Defendant
FUJITSU NETWORK
COMMUNICATIONS, INC.

<u>**Labyrinth Optical Technologies LLC v. Fujitsu Network Communications, Inc.;**
**Case No. TBD, CERTIFICATE OF SERVICE**</u>

I, Paul A. Lesko declare that I am a citizen of the United States and employed in Madison County, Illinois. I am over the age of eighteen years and not a party to the within entitled action. My business address is One Court Street, Alton, IL 62002. On May 17, 2013, I served a copy of the within document(s):

**Stipulation Granting Plaintiff Leave to File
First Amended Complaint For Patent Infringement**

_____ BY PERSONAL SERVICE as follows: I caused such envelope(s) to be delivered by hand to the addressee(s) at the address set forth below.

XX  BY MAIL as follows: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

XX  BY EMAIL as follows: by transmitting via the document(s) listed above the email address(es) set for the below on this date before 5:00 p.m.

| | |
|---|---|
| Alexander E Middleton<br>Ropes and Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>212-596-9680<br>Fax: 212-728-2921<br>alexander.middleton@ropesgray.com | J Steven Baughman<br>Ropes and Gray LLP<br>700 Twelfth Street NW Suite 900<br>Washington, DC 20001<br>202-508-4606<br>Fax: 202-383-8371<br>steven.baughman@ropesgray.com |
| Hiroyuki Hagiwara<br>Ropes and Gray LLP<br>Yusen Building 2F<br>2-3-2 Marunouchi 2-Chome<br>Chiyoda-ku, Tokyo 100-0005<br>Japan<br>81-3-6259-3500<br>Fax: 81-3-6259-3501<br>hiroyuki.hagiwara@ropesgray.com | Craig Nevin Hentschel<br>Dykema Gossett LLP<br>333 South Grand Ave<br>Suite 2100<br>Los Angeles, CA 90071<br>213-457-1800<br>Fax: 213-457-1850<br>chentschel@dykema.com |

*Attorneys for Defendant Fujitsu Network Communications, Inc.*

1  I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 17, 2013, at Alton, Illinois.

**Federal:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

/s/ Paul A. Lesko
Paul A. Lesko

STIPULATION GRANTING PLAINTIFF LEAVE
TO FILE FIRST AMENDED COMPLAINT
FOR PATENT INFRINGEMENT