| | |
|---|---|
| Crystal G. Foley (SBN 224627) | Alexander E. Middleton *(pro hac vice)* |
| SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC 1211 | ROPES & GRAY LLP Avenue of the Americas |
| 100 N. Sepulveda Blvd., Suite 1350 | New York, NY 10036-8704 |
| El Segundo, California 90245 | Telephone:212-596-9680 |
| Telephone: 310-322-3555 | Facsimile: 646-728-2921 |
| Facsimile: 310-322-3655 | Alexander.Middleton@ropesgray.com |
| cfoley@simmonsfirm.com | www.ropesgray.com |
| | |
| Paul A. Lesko *(pro hac vice)* | Craig Nevin Hentschel |
| One Court Street | Dykema Gossett LLP |
| Alton, IL 62002 | 333 South Grand Ave, Suite 2100 |
| Telephone: 618-259-2222 | Los Angeles, CA  90071 |
| Facsimile: 618-259-2251 | Telephone: 213-457-1800 |
| plesko@simmonsfirm.com | Facsimile:  213-457-1850 |
| | chentschel@dykema.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Labyrinth Optical Technologies LLC | Fujitsu Network Communications Inc. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABYRINTH OPTICAL TECHNOLOGIES LLC<br>*Plaintiff*,<br><br>vs.<br><br>FUJITSU NETWORK COMMUNICATIONS, INC.<br>*Defendant.* | CASE NUMBER:<br><br>8:13-cv-00030-AG-MLG<br><br>**ORDER GRANTING THE PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL**<br><br>DATE: May 28, 2013 |

Having considered the parties' Stipulation Granting Plaintiff Leave to File First Amended Complaint for Patent Infringement, the Court hereby **ENTERS** the Stipulation. Plaintiff Labyrinth Optical Technologies LLC has ten (10) days from the date of this Court's Order to file a First Amended Complaint. Defendant

Fujitsu Network Communications, Inc.'s response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**NO FURTHER CONTINUANCES WILL BE GRANTED WITHOUT A FURTHER STRONG SHOWING OF GOOD CAUSE.**

**IT IS SO ORDERED.**

Dated: **May 28, 2013**

_____
Honorable Andrew J. Guilford