SIMMONS HANLEY CONROY

Crystal G. Foley (SBC 224627)
 (cfoley@simmonsfirm.com)
100 N. Sepulveda Blvd., Suite 1350
El Segundo, California 90245
Telephone: (310) 322-3555
Facsimile: (310) 322-3655

Paul A. Lesko (*pro hac vice*)
plesko@simmonsfirm.com
Jason Schmidt – CA Bar No. 248477
jschmidt@simmonsfirm.com
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251

Attorneys for Plaintiff
LABYRINTH OPTICAL TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABYRINTH OPTICAL TECHNOLOGIES LLC<br><br>*Plaintiff*,<br><br>FUJITSU NETWORK COMMUNICATIONS, INC.,<br><br>*Defendant*. | CASE NUMBER:<br>SA CV13-0030-AG (MLGx)<br><br>**JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

**JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff and Counter-Defendant, Labyrinth Optical Technologies LLC, and

Defendant and Counter-Plaintiff, Fujitsu Network Communications, Inc., pursuant

to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), hereby move for an order dismissing all claims WITH PREJUDICE and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AND PATENT LICENSE AGREEMENT**" and dated September 3, 2014, with each party to bear its own costs, expenses and attorneys' fees.

Dated: October 3, 2014

SIMMONS HANLY CONROY
*/s/ Paul A. Lesko*
Paul A. Lesko

Attorney for Plaintiff
LABYRINTH OPTICAL TECHNOLOGIES LLC

Dated: October 3, 2014

DYKEMA GOSSETT LLP
Craig N. Hentschel
S. Christopher Winter

ROPES & GRAY LLP
/s/ J. Steven Baughman
J. Steven Baughman
Hiroyuki Hagiwara

Attorneys for Defendant
FUJITSU NETWORK COMMUNICATIONS, INC.