SIMMONS HANLEY CONROY

Crystal G. Foley (SBC 224627)
 (cfoley@simmonsfirm.com)
100 N. Sepulveda Blvd., Suite 1350
El Segundo, California 90245
Telephone: (310) 322-3555
Facsimile: (310) 322-3655

Paul A. Lesko (*pro hac vice*)
plesko@simmonsfirm.com
Jason Schmidt – CA Bar No. 248477
jschmidt@simmonsfirm.com
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251

Attorneys for Plaintiff
LABYRINTH OPTICAL TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABYRINTH OPTICAL TECHNOLOGIES LLC<br><br>*Plaintiff,*<br><br>FUJITSU NETWORK COMMUNICATIONS, INC.,<br><br>*Defendant.* | CASE NUMBER:<br>SA CV13-0030-AG (MLGx)<br><br>**ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

**ORDER FOR DISMISSAL WITH PREJUDICE**

Upon Plaintiff and Counter-Defendant Labyrinth Optical Technologies LLC's and Defendant and Counter-Plaintiff Fujitsu Network Communications, Inc.'s Joint Stipulated Motion for Dismissal With Prejudice,

IT IS ORDERED that:

All claims against Defendant Fujitsu Network Communications, Inc. are dismissed with prejudice and

All counterclaims against Plaintiff Labyrinth Optical Technologies LLC are dismissed with prejudice.

Each party shall bear its own costs, expenses and attorneys' fees.

DATED this 6th day of October, 2014

_____
HON. ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE